KNOX and Another *v.* COFFEY and Another.—In Error.

*COFFEY* and *Hartley* filed a bill in chancery against *Elisha* and *John Knox*. The process was served on the defendants. The bill was taken as confessed. The defendant, *John Knox*, answered by guardian. Final decree for the complainants. *Held*, that, as one of the defendants was an infant, this decree, without any proof, must be erroneous.

The decree is reversed with costs. Cause remanded for further proceedings. Costs here.

*J. Sullivan*, for the plaintiffs.